LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
LAW OFFICES OF LYNN HUBBARD
12 WILLIAMSBURG LANE
CHICO, CALIFORNIA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: usdceast@hubslaw.com

Attorneys for Plaintiff

RYAN FOTHERGILL, SBN 248972
ALEXANDER F. SIMAS, SBN 072664
KIRK & SIMAS, A PROFESSIONAL LAW CORPORATION
2550 PROFESSIONAL PARKWAY
SANTA MARIA, CALIFORNIA 993455
Telephone: (805) 934-4600
Facsimile: (805) 934-1184
Email: rfothergill@kirksimas.com

Attorney for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>    Plaintiff,<br><br>v.<br><br>PEA SOUP ANDERSON'S - SANTA NELLA, INC. dba PEA SOUP ANDERSON'S; KHURI FAMILY LIMITED PARTNERSHIP,<br><br>    Defendants.<br>_____/ | Case No. 09-CV-00024-LJO-SMS<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, BYRON CHAPMAN, and defendant, PEA SOUP ANDERSON'S - SANTA NELLA, INC. dba PEA SOUP ANDERSON'S; KHURI FAMILY LIMITED PARTNERSHIP, , and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: September 1, 2009          DISABLED ADVOCACY GROUP, APLC

*s/s Lynn Hubbard III*
LYNN HUBBARD III
Attorney for Plaintiff

Dated: September 1, 2009          KIRK & SIMAS

*s/s Ryan Fothergill*
RYAN FOTHERGILL
ALEXANDER F. SIMAS
Attorney for Defendants

### ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 09-CV-00024-LJO-SMS, is hereby dismissed with prejudice.

IT IS SO ORDERED.

**Dated:   September 3, 2009**          **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE